'LED
ISBURG, PA

OCT 11 2023

DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CR. NO. 1:23-CR-269
: SD FL Case No: 23-MJ-6505-AO
v. :
: (Judge WILSON )
[1] ELIZA DOLEANU, :
[2] STEFAN-ALIN DOLEANU, :
:
Defendants. :

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 1349
### (Wire Fraud Conspiracy)

At times material to this Indictment:

### BACKGROUND

1. Defendants Eliza Doleanu and Stefan-Alin Doleanu (together, "the defendants" or "the Doleanus") were married to one another.

2. Identity Theft Victim 1 was a resident of Brooklyn, New York, in the Eastern District of New York.

3. Identity Theft Victim 2 was a resident of Victorville, California, in the Central District of California.

## THE SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM

4. The United States Department of Agriculture ("USDA") was the United States federal executive department responsible for developing and executing U.S. federal government policy on farming, agriculture, forestry, and food.

5. The Supplemental Nutrition Assistance Program ("SNAP"), formerly known as the Food Stamp Program, was a program funded by the USDA in accordance with the Food Stamp Act of 1977. The USDA works with state governmental agencies to assist low-income individuals who qualify to purchase groceries and certain food items.

6. Between 1939 and 2001, food stamp program beneficiaries were issued paper coupons, or food stamps, to acquire low or no cost food for themselves and their families. In 2001, the program transitioned from the paper coupon system to the current electronic system of access devices to distribute SNAP benefits. Since that time, SNAP benefits have been loaded onto Electronic Benefits Transfer ("EBT") cards similar to commercial debit cards. The EBT card has personal identifying information, and other data concerning the applicant, that is electronically stored on the card. Each month, EBT cards are automatically credited with food stamp benefits for each SNAP recipient

(the "SNAP Recipients") to subsidize food purchases at participating supermarkets, convenience stores, and other food retailers. The balance of an EBT card may be ascertained by calling a customer service phone line, which is typically printed on the back of EBT cards.

7. SNAP benefits may only be used to purchase specific food items, and may not be used to purchase prepared foods, alcoholic beverages, pet food, or other non-food items.

## THE SCHEME TO DEFRAUD

8. From on or about November 8, 2022 and continuing thereafter until on or about March 8, 2023, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**[1] ELIZA DOLEANU, and
[2] STEFAN-ALIN DOLEANU,**

did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown, to devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS

It was part of the conspiracy and scheme and artifice that the defendants and their co-conspirators employed the following manner and means:

9. Unknown conspirators obtained stolen EBT numbers and information from other persons known and unknown.

10. The defendants used and attempted to use the stolen EBT card numbers and information obtained to conduct fraudulent transactions and unlawfully obtain property without the knowledge or permission of the individuals rightly associated with those EBT cards.

11. In doing so, the defendants knowingly and intentionally caused to be transmitted in interstate commerce by means of wire communication false and fraudulent claims to the businesses where they purchased and attempted to purchase property, and to the financial institutions that issued and were associated with the stolen EBT card numbers.

12. The defendants used false names, identities, and backgrounds when completing the transactions and taking possession or attempting to take possession of the property purchased using the stolen EBT card numbers and information.

13. On or about each of the dates set forth below, for the purpose of executing the scheme and artifice, and attempting to do so, the defendants transmitted and caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, pictures, and sounds described below:

| Date of Wire Transmission (on or about) | Description of Wire Transmission | Amount of Transaction (approximate) |
|---|---|---|
| 3/1/2023 12:12 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in York, Pennsylvania (Store No. 8161) | $614.66 |
| 3/2/2023 3:17 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in Mechanicsburg, Pennsylvania (Store No. 4994) | $538.00 |
| 3/2/2023 3:17 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in Mechanicsburg, Pennsylvania (Store No. 4994) | $952.20 |
| 3/5/2023 2:05 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in York, Pennsylvania (Store No. 8161) | $892.06 |
| 3/5/2023 4:37 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in York, Pennsylvania (Store No. 8161) | $755.16 |

| Date of Wire Transmission (on or about) | Description of Wire Transmission | Amount of Transaction (approximate) |
|---|---|---|
| 3/7/2023 2:42 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from BJ's Wholesale Club in Chambersburg, Pennsylvania (Store No. 368) | $699.24 |
| 3/8/2023 1:26 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from BJ's Wholesale Club in York, Pennsylvania (Store No. 63) | $510.18 |
| 3/8/2023 2:40 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in York, Pennsylvania (Store No. 8161) | $538.32 |
| 3/8/2023 6:02 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from BJ's Wholesale Club in Camp Hill, Pennsylvania (Store No. 25) | $718.94 |
| 3/8/2023 6:50 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in Mechanicsburg, Pennsylvania (Store No. 4994) | $489.30 |
| 3/8/2023 6:52 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in Mechanicsburg, Pennsylvania (Store No. 4994) | $497.76 |
| | | Total: $7,205.82 |

In violation of Title 18, United States Code, Section 1349.

THE GRAND JURY FURTHER CHARGES:

## COUNTS 2 through 7
### 18 U.S.C. § 1343
### (Wire Fraud)

14. Paragraphs 1 through 7 and 9 through 12 are incorporated here.

15. Between approximately March 7, 2023 and March 8, 2023, within the Middle District of Pennsylvania and elsewhere, the defendant,

### ELIZA DOLEANU,

devised and intended to devise the abovementioned scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date (on or about) | Description of Wire Transmission | Amount of Transaction |
|---|---|---|---|
| 2 | 3/7/2023  2:42 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from BJ's Wholesale Club in Chambersburg, Pennsylvania (Store No. 368) | $699.24 |

| Count | Date (on or about) | Description of Wire Transmission | Amount of Transaction |
|---|---|---|---|
| 3 | 3/8/2023 1:26 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from BJ's Wholesale Club in York, Pennsylvania (Store No. 63) | $510.18 |
| 4 | 3/8/2023 2:40 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in York, Pennsylvania (Store No. 8161) | $538.32 |
| 5 | 3/8/2023 6:02 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from BJ's Wholesale Club in Camp Hill, Pennsylvania (Store No. 25) | $718.94 |
| 6 | 3/8/2023 6:50 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in Mechanicsburg, Pennsylvania (Store No. 4994) | $489.30 |
| 7 | 3/8/2023 6:52 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in Mechanicsburg, Pennsylvania (Store No. 4994) | $497.76 |

In violation of Title 18, United States Code, Section 1343.

THE GRAND JURY FURTHER CHARGES:

## COUNTS 8 through 12
### 18 U.S.C. § 1343
### (Wire Fraud)

16. Paragraphs 1 through 7 and 9 through 12 are incorporated here.

17. Between approximately March 1, 2023 and March 5, 2023, within the Middle District of Pennsylvania and elsewhere, the defendant,

### STEFAN-ALIN DOLEANU,

devised and intended to devise the abovementioned scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date (on or about) | Description of Wire Transmission | Amount of Transaction |
|---|---|---|---|
| 8 | 3/1/2023 12:12 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in York, Pennsylvania (Store No. 8161) | $614.66 |

| Count | Date (on or about) | Description of Wire Transmission | Amount of Transaction |
|---|---|---|---|
| 9 | 3/2/2023 3:17 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in Mechanicsburg, Pennsylvania (Store No. 4994) | $538.00 |
| 10 | 3/2/2023 3:17 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in Mechanicsburg, Pennsylvania (Store No. 4994) | $952.20 |
| 11 | 3/5/2023 2:05 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in York, Pennsylvania (Store No. 8161) | $892.06 |
| 12 | 3/5/2023 4:37 p.m. | Fraudulent wire transmission that used stolen EBT card information to purchase property from Sam's Club in York, Pennsylvania (Store No. 8161) | $755.16 |

In violation of Title 18, United States Code, Section 1343.

THE GRAND JURY FURTHER CHARGES:

## COUNT 13
## 18 U.S.C. § 1028A(a)(1)
## (Aggravated Identity Theft)

18. Paragraphs 1 through 7 and 9 through 12 are incorporated here.

19. On or about March 7, 2023, in the Middle District of Pennsylvania, the defendant,

**ELIZA DOLEANU,**

did knowingly possess and use, without lawful authority, a means of identification of another person, that is: an EBT card account number ending in 9102 for an account belonging to Identity Theft Victim 1, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), namely wire fraud and wire fraud conspiracy, in violation of Title 18, United States Code, Sections 1343 and 1349, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 14
## 18 U.S.C. § 1028A(a)(1)
## (Aggravated Identity Theft)

20. Paragraphs 1 through 7 and 9 through 12 are incorporated here.

21. On or about March 2, 2023, in the Middle District of Pennsylvania, the defendant,

**STEFAN-ALIN DOLEANU,**

did knowingly possess and use, without lawful authority, a means of identification of another person, that is: an EBT card account number ending in 0937 for an account belonging to Identity Theft Victim 2, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), namely wire fraud and wire fraud conspiracy, in violation of Title 18, United States Code, Sections 1343 and 1349, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATION

1. Counts 1 through 14 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 982, and Title 28, United States Code, Section 2461.

2. Upon conviction for a violation or violations of Title 7, United States Code, Section 2024(c), and Title 18, United States Code, Sections 1343 and 1349 alleged in Counts 1 through 14 of this Indictment, the defendants,

**ELIZA DOLEANU, and**
**STEFAN-ALIN DOLEANU,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 982, and Title 28, United States Code, Section 2461, any property real and personal, which constitutes or is derived from proceeds traceable to the offenses, and any property, real or personal, involved in such offenses, or any property traceable to such property, including but not limited to the following:

    a. Approximately $7,205.82 in United States currency.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property from the defendant pursuant to Title 7, United States Code, Section 2024(c), Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 982, and Title 28, United States Code, Section 2461, all pursuant to Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████
FOREPERSON

GERARD M. KARAM
United States Attorney

*/s/ David C. Williams*
DAVID C. WILLIAMS
Assistant United States Attorney

Oct. 11, 2023
Date

14

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.
STEFAN-ALIN DOLEANU

)
)
)
)
)
)
)

Case No. 1:23-CR-0269

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Stefan-Alin Doleanu,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud Conspiracy.


Date: 10/12/2023

s/Anita A. Arledge
*Issuing officer's signature*

City and state: Harrisburg, PA

Anita A. Arledge, deputy clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. <br><br> Date: _____ <br><br> *Arresting officer's signature* <br><br> *Printed name and title* |