# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310      Date: 10/23/2023  Time: 1:00pm

Defendant: Stefan-Alin Doleanu(J)    J#: _____    Case #: 23-6505-AOV

AUSA: Marc Anton      Attorney: Jan Smith, AFPD

Violation: Wire Fraud Conspiracy; Wire Fraud ; Aggravated Identity Theft

Proceeding: Initial Appearance-Rule 40/5 Removal    CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: _____

Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
- Defendant present.
- Advised of rights and charges.
- Defendant sworn and testified Re Indigency. AFPD appointed
- Government's ore tenus motion for pretrial detention hearing - granted. Detention hearing to be held in MD PA.
- Defendant waives identity and removal hearings.

**NEXT COURT APPEARANCE**  Date: ___  Time: ___  Judge: ___  Place: ___

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 13:16:35(Rights); 13:56:26; 14:02:12    Time in Court: 20 mins

4

**CHECK IF APPLICABLE:** ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..